**ORIGINAL**

December 28, 2018

Judge Eric N. Vitaliano
Mag. Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn: Pro Se Office

Re:    Joe Hand Promotions, Inc. v. MLS Entertainment, LLC d/b/a Karnival
Bar & Lounge, Robert Gomes, Kenneth Persaud
Civil Docket No.: 1:18-cv-6417

Dear Judge Vitaliano:

Please be advised that on December 17, 2018, a summons was left on the outside stairs of my premises and my time to answer is due on or about January 7, 2019. I am therefore seeking for an extension of time to answer until January 31, 2019, as I need time to review, seek legal advice and to move forward.

Thank you for your courtesy in this matter.

Respectfully Submitted,

By:_____
Robert Gomes            718-406-6816
46-31 190 St.
Flushing, NY 11358

By:_____
Kenneth Persaud

CC:    Jon D. Jekielek, Esq.
Jekielek & Janis LLP
153 W. 27th Street, Suite 204
New York, NY 10001
(212) 686-7008

RECEIVED
DEC 28 2018
PRO SE OFFICE

[00535996 DOCX]