UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Joe Hand Promotions, INC

                           Plaintiff,

          -against-

MLS Entertainment LLC
Robert Gomes
Kenneth Persaud

                   Defendant(s).

-------------------------------------------------------------X

✱FILED✱

2019 JAN 14  PM 5: 07

**APPLICATION FOR THE COURT TO
REQUEST COUNSEL**

__1:18__ CV__ 06417____ (ENV-RML)

1.      Name of applicant __MLS Entertainment, LLC. Robert Gomes, Kenneth Persaud__

2.      Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

      MLS Entertainment, LLC. Is a company that only exists in name. It has no assets or value and can't afford an attorney.

      Robert Gomes and Kenneth Persaud has limited financial resources to defend against this claim filed by the plaintiff.

      We need an attorney because of our limited knowledge of the federal court system and simply can't afford an attorney.

                                                (see attached paper)

3.      Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)

      After discovering papers left on Robert Gomes's door step we decided to seek help from the pro se office. We tried to

      Contact several attorneys that would be familiar with this type of case but were unable to secure one at a reasonable cost.

      We also contacted the plaintiffs lawyers to see of there is a reasonable compromise to bring this matter to a close.

4.      If you need a lawyer who speaks in a language other than English, state what language you speak:

      n/a

5.      I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court. I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

6.      I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7.      **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: __1/14/19__                                                           

                                                   *Signature*

**APPLICATION FOR THE COURT TO REQUEST COUNSEL (supplement item #2)**

We opened MLS Entertainment for a very short period. The business never generated any real revenue and as a result was a total loss to us personally. Since leaving the business behind both of returned to our lives as private citizens and seek work we are more familiar with. We are seeking the courts help in any way possible to address this matter and bring it to a closure. We took every step possible to find an attorney but couldn't do so at a reasonable cost. In addition, we tried to reach out to the plaintiff so see if a reasonable compromise could be made and end this matter before it goes to court. So far our efforts are unsuccessful.

*rev. 7/08*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Joe hand Promotions, INC

Plaintiff,

-against-

MLS Entertainment LLC
Robert Gomes
Kenneth Persaud

Defendant(s).
-----------------------------------------------------------------X

REQUEST TO PROCEED
*IN FORMA PAUPERIS*
IN SUPPORT OF THE
APPLICATION FOR THE COURT TO
REQUEST COUNSEL

___1:18__CV_0617_____ ( ENV-RML )

I, Robert Gomes _____(print or type your name) am the defendant in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security.  I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed, give the name and address of your employer and state the amount of earnings per month.

   Mageba 575 Lexington Ave NY, NY 10022 _____

   $8000 per month_____

2. If you are not presently employed, state the date you were last employed and your earnings per month at that time. **You must answer this question even if you are incarcerated.**

   N/A_____

   N/A_____

3. Have you received, within the past twelve months, any money from any source?  If so, name the source and the amount of money you received.

   N/A_____

   a) Are you receiving any public benefits?         (X No)    Yes, $_____

   b) Do you receive any income from any other source?   (X No)    Yes, $_____

*rev. 7/08*

4.    Do you have any money, including money in a checking or savings account?  If so, how much?

Check and savings as of Jan 14th  $1252

5.    Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property?  If the answer is yes, describe the property and state its approximate value.

No    X Yes, $ 750K  House

6.    Do you pay for rent or for a mortgage?  If so, how much each month?

No    X Yes, $ 2,800 Mortgage

7.    List the person(s) that you pay money to support and the amount you pay each month.

N/A

8.    State any special circumstances which the Court should consider.

After closing the business Permanently on about August of 2016 I found employment and started working on 4/16/18.

I was just given a letter of termination within 30 days from my current employer. With the possibility of a reduced or no

Income I can't afford an attorney and this is why im seeking help from the court.

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits.  See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 1/14/19 _____          _____
                                        *Signature*

*rev. 7/08*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

                    Plaintiff,

    -against-                                    **AFFIRMATION OF SERVICE**

                                                 1:18 CV _06417_ (ENV) (RML)

                    Defendant(s).
------------------------------------------------------------ X


    I,    Robert Gomes                              (print or type your name), **declare under**

**penalty of perjury** that I have served a copy of the attached Application for the Court to Request Counsel

upon the

defendant(s) or the attorney for defendant(s)    _Defendant_ _____

_____

whose address is: _____

by    _Personal Delivery_ _____
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)


Dated:    1/14/19                    ___Robert Gomes_____
                                     *Signature*

                                     _46-31 190 st._____
                                     Address
                                     _Flashing, NY 11358_____

                                     _718-406-6816_____
                                     City, State & Zip Code


*rev. 7/08*

Attn: Pro Se office

1:18-CV-6417-(ENV)(RML)

2019 JAN 14 PM 5:09