RECEIVED
JAN 3 0 2019
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

Joe Hand Promotions, Inc.

                      Plaintiff,

      -against-

MLS Entertainment, LLC d/b/a Karnival Bar & Lounge,
Robert Gomes, Kenneth Persaud,

                    Defendants.

-----------------------------------------------------------------

Civil Docket No.:
1:18-cv-6417-(ENV)(RML)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ JAN 3 1 2019 ★
BROOKLYN OFFICE

**I.**

**ADMISSIONS AND DENIALS**

1.     The Defendants are unaware of Joe Hand Promotions, INC, their location and the nature of their business. The Defendants are also unaware of JOE HAND PROMOTIONS, LLC. Commercial distribution rights.

2.     The Defendants admit to owning and operating MLS Entertainment, LLC d/b/a Karnival Bar & Lounge that used to conduct business in the state of New York as a bar, lounge and restaurant.

     a.  Is a bar and restaurant;

     b.  Conducts business in the State of New York;

     c.  Conducted business as Karnival Bar & Lounge for a brief period with a grand opening one week after November 21, 2015;

     d.  For a brief period operated, maintained and controlled the establishment known as Karnival Bar & lounge located at 117-03 Hillside Avenue, Richmond Hill, NY 11418

     e.  Operated and controlled the establishment on November 21, 2015.

3.    The Defendant ROBERT GOMES admits to living in the state of New York.

   a.  Was a shareholder of the entity owning and operating the establishment.
   b.  Maintained managerial authority over the establishment but never exhibited the program.
   c.  Had no financial interest or gain from the program which was never exhibited to customers.

4.    The defendant KENNETH PERSAUD admits to living in the state of New York.

   a.  Was a shareholder of the entity owning and operating the establishment.
   b.  Maintained managerial authority over the establishment but never exhibited the program.
   c.  Had no financial interest or gain from the program which was never exhibited to customers.

5.    The Defendants lacks sufficient knowledge of this court's jurisdiction in this matter but denies committing any wrongful acts or piracy.

6.    The Defendants believe the venue is not proper in this district because the events did not occur in this district.

7.    The Defendants denies all wrongdoing alleged in this Complaint.

8.    The Defendants are unaware of Plaintiff business practice, business relationships or customer base.

9.    The Defendants are unaware of Plaintiff's license and distribution rights. The Defendants did not obtain any programs or broadcast by any illegal means.

10.    The Defendants never initiated or were approached by the Plaintiff to enter into any agreement.

11.    The Defendants did not defraud Plaintiff of any fees or exhibited the program in their establishment.

12.    The Defendants did not transmit, divulge or publish said communication.

13.    The Defendants did not exhibit the program to patrons within their establishment.

14. Defendants did not pirate, infringe nor avoid payment to Plaintiff. No commercial advantage or private financial gain were achieved at Plaintiff's expense.

15. No wrongful conduct was ever conducted. At the time of alleged event the Defendants had zero employees.

16. The Defendants denies all allegations of wrongdoing set forth by the Plaintiff.

17. The Plaintiff has no standing or capacity to bring action against Defendants because Defendants caused Plaintiff no financial loss, harm or damages

18. The Defendants committed no wrongful actions because Defendants did not illegally receive or exhibit any broadcast alleged by the Plaintiff. The Defendants did not receive any financial gain or cause Plaintiff any financial loss, harm or damages

Plaintiff is not entitled to any judgement in its favor because of failure to adequately state a claim.
Dated: New York, New York
January 30, 2019

_____
Defendant
Kenneth Persaud
*Pro Se*
31-36 79th Street East Elmhurst NY, 11370
917-376-8374

TO:   Jon D. Jekielek, Esq.
Jekielek & Janis LLP
153 W. 27th Street, Suite 204
New York, NY 10001
(212) 686-7008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— X

Joe Hand Promotions, INC

                                        Plaintiff,            Affirmation of Service

                   -against-
MLS ENTERTAINMENT, LLC
ROBERT GOMES                                                 1:18___CV_6417____ ( ENV )
KENNETH PERSAUD

                                        Defendant.

———————————————————— X


        I, Kenneth Persaud _____ , declare under penalty of perjury that I have

served a copy of the attached  answer to complaint _____

upon  Joe Hand Promotions INC/ Jon D. Jekielek, Esq. Jekielek & Janis LLP _____

whose address is:  153 W. 27th Street, Suite 204, New York NY 10001 _____

212 686 7008 _____

Dated:  1/30/19 _____
                           , New York

                                              _____
                                              Signature

                                              31 36 79th Street
                                              Address

                                              East Elmhurst NY 11370
                                              City, State, Zip Code

Mrs Entertainment LLC

2019 JAN 30  PM 9: 00



United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn , NY 11201
Room 1188
Attn: Pro Se Office