**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JOE HAND PROMOTIONS, INC.,

        Plaintiff,

v.

                               18 cv 6417 (ENV) (RML)

MLS ENTERTAINMENT, LLC D/B/A
KARNIVAL BAR & LOUNGE,
ROBERT GOMES, and KENNETH
PERSAUD,

        Defendants.

## STIPULATION OF DISMISSAL

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice, and without costs by either party against the other, in accordance with the terms of the Settlement Agreement reached between the parties and set forth therein.

Dated:

Brooklyn, NY

_Jon D. Jekielek_

Jon Damon Jekielek
Attorney for Plaintiff
Jekielek & Janis LLP
31 Cloverhill Pl., Fl. # 1

Robert Gomes

Defendant, *pro se*
46-31 190 St.

1

Montclair, NJ 07042                    Flushing, NY 11358
(212) 686-7008                         (718) 406-6816

Kenneth Persaud
Defendant, *pro se*
31-36 79th St.
East Elmhurst, NY 11370
(917) 376-8374

2